LEVIN, FISHBEIN, SEDRAN & BERMAN
BY: Fred S. Longer, Esquire (FL-1682)
    Michael M. Weinkowitz, Esquire (MW-76033)
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500
(215) 592-4663 (telecopier)
MWeinkowitz@lfsblaw.com

SO ORDERED: _____
DATED: 10/16/08

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NANCY TRAFICANTE,<br><br>*Plaintiff,*<br><br>v.<br><br>STRYKER CORPORATION, et al.,<br><br>*Defendants.* | CIVIL ACTION<br><br>CASE NUMBER 08-4483 (PGS)<br><br>NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO ALL DEFENDANTS |

Pursuant to Fed.R.Civ.P. 41, the undersigned counsel hereby stipulates that all claims of plaintiff, Nancy Traficante, against defendants, Stryker Corporation, Howmedica Osteonics Corporation., a/k/a "Stryker Howmedica Osteonics Corporation," a/k/a "Stryker Orthopaedics," be dismissed in their entirety without prejudice.

_____
Michael Weinkowitz, Esquire
Levin Fishbein Sedran & Berman

Date:   October 15, 2008